UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| FORREST KENDRID,<br><br>            Plaintiff,<br><br>     v.<br><br>E. OGUNTUASE,<br><br>            Defendant. | No. 2:21-cv-01558 WBS JDP<br><br><br>ORDER |

----oo0oo----

     Plaintiff, a civil detainee proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     Defendant has moved to revoke plaintiff's in forma pauperis ("IFP") status.  (Docket No. 15.)  On August 25, 2022, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (Docket

1

No. 23.)  Specifically, the Magistrate Judge recommended denial of defendant's motion to revoke IFP status.  The court acknowledges that defendant did not move for reconsideration of the Magistrate Judge's order granting IFP status but has instead moved for revocation of that status.  Neither party has filed objections to the findings and recommendations.

        The court notes that the Magistrate Judge's order granting IFP status (Docket No. 8) did not set forth any reasoning for granting that status notwithstanding the fact that plaintiff had $2,415.71 in his prison trust account as of September 10, 2021 (see Docket No. 5).[1]  Accordingly, this case is hereby REMANDED to the Magistrate Judge for further proceedings on whether plaintiff qualifies for IFP status in light of the funds in plaintiff's prison trust account and any other assets he has available.

        IT IS SO ORDERED

Dated: September 27, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

---

[1] Notably, plaintiff also stated in his IFP application that he had $2,000.