1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    FORREST KENDRID,                          Case No.  2:21-cv-01558-WBS-JDP (PC)

12                      Plaintiff,              ORDER

13              v.

14    E. OGUNTUASE,

15                      Defendant.

16

17          Plaintiff, a civil detainee proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On January 31, 2023, the magistrate judge filed findings and recommendations herein

21    which were served on all parties and which contained notice to all parties that any objections to

22    the findings and recommendations were to be filed within fourteen days.  Neither party has filed

23    objections to the findings and recommendations.

24          The court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26    ORDERED that:

27          1.  The findings and recommendations filed January 31, 2023, are adopted in full;

28          2.  Defendant's motion to revoke, ECF No. 15, is granted in part.  Plaintiff's IFP status is

revoked and, within thirty days from the date of this order, he must either tender the full filing fee or submit a new application to proceed IFP.  Defendant's motion is denied in all other respects.

Dated:  March 22, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE