UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST KENDRID, | Case No. 2:21-cv-01558-WBS-JDP (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| E. OGUNTUASE, | ECF No. 27 |
| Defendant. | OBJECTIONS DUE WITHIN FOURTEEN DAYS |

Plaintiff Forrest Kendrid, a civil detainee at California Medical Facility in Vacaville, brings this case pro se, alleging that defendant violated his rights under the Fourteenth Amendment by exhibiting deliberate indifference to his serious medical needs. ECF No. 1 at 2-3. At the outset of this case, plaintiff filed an application to proceed *in forma pauperis*, wherein he attested that he was not employed, that his only income in the prior twelve months had been from a lawsuit settlement, and that he had "two thousand" dollars in cash savings. ECF No. 2. A subsequently filed inmate trust account statement showed a balance of $2,415.71. ECF No. 5. Based on these filings, I granted plaintiff's application on November 17, 2021. ECF No. 8.

On January 18, 2022, defendant moved to revoke plaintiff's *in forma pauperis* status and to dismiss this case, arguing that plaintiff's application and account statement show that he can afford to pay the filing fee. ECF No. 15-1 at 3. On August 25, 2022, I found that defendant had not shown that plaintiff's application had been made in bad faith and recommended that the

motion be denied. ECF No. 23. The district judge declined to adopt these recommendations and remanded for further proceedings in light of the funds in plaintiff's trust account and other assets he may have had available. ECF No. 25 at 2. Accordingly, I withdrew my findings and recommendations and submitted new recommendations, recommending that the court grant in part defendant's motion and revoke plaintiff's *in forma pauperis* status. ECF No. 26. I also ordered plaintiff to either submit a new application to proceed *in forma pauperis* or tender the full filing fee. *Id.*

Plaintiff has since filed a new application to proceed *in forma pauperis*, ECF No. 27, attesting that he has approximately $113 in his account. *Id.* at 2 (plaintiff wrote that he has "hundred, fourtheen [sic] 113.00."). He additionally attests that he is unemployed and has no other assets, apart from the money in his account. *Id.* at 1-2. A subsequently filed inmate trust account statement shows plaintiff's balance to be $55.21. ECF No. 29. While plaintiff's does not precisely match his current trust account statement, the available balance in his trust account on February 8—the date he signed his application to proceed *in forma pauperis*—showed an available balance of $112.96. I find that plaintiff has made a sufficient showing to proceed *in forma pauperis*, and I will grant his application to proceed as such.

Accordingly, it is ORDERED that plaintiff's application to proceed *in forma pauperis*, ECF No. 27, is granted.

IT IS SO ORDERED.

Dated:   March 24, 2023                          _____
                                                 JEREMY D. PETERSON
                                                 UNITED STATES MAGISTRATE JUDGE