IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FORREST KENDRID,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**E. OGUNTUASE,**<br><br>　　　　　　　　　　　　Defendant. | Case No: 2:21-cv-01558-WBS-JDP (PC)<br><br>~~(PROPOSED)~~ ORDER |

　　　GOOD CAUSE APPEARING, Defendant's motion to opt out of settlement conference is granted. The stay of this action is lifted and a Discovery and Scheduling Order will issue.

IT IS SO ORDERED.

Dated:　July 5, 2023　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE