UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST KENDRID,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. OGUNTUASE,<br><br>　　　　Defendant. | No. 2:21-cv-01558-WBS-JDP (PC)<br><br>ORDER |

     Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983. After I issued a discovery and scheduling order on July 6, 2023, plaintiff filed an amended complaint. Plaintiff did not first seek leave to file an amended complaint, as required by Federal Rule of Civil Procedure 15, and he did not sign the amended complaint, as required by Federal Rule of Civil Procedure 11(a). Thus, plaintiff's amended complaint is disregarded. Plaintiff must seek leave to file an amended complaint and refile a signed amended complaint. Failure to comply with this order will result in a recommendation that this action be dismissed.

     Accordingly, it is hereby ORDERED that:

     1. Plaintiff's unsigned complaint, ECF No. 41, is disregarded.

     2. Plaintiff shall, within thirty days, move for leave to file an amended complaint and refile a signed complaint.

     3. Failure to comply with this order will result in a recommendation that this action be

1

1 | dismissed.
2 | IT IS SO ORDERED.
4 | Dated: July 31, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE