IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FORREST KENDRID,** | 2:21-cv-01558-WBS-JDP (PC) |
| Plaintiff, | ~~(PROPOSED)~~ ORDER |
| v. | |
| **E. OGUNTUASE,** | |
| Defendant. | |

On May 9, 2024, Defendant moved the Court for an order modifying the current discovery and scheduling order (ECF No. 39) to extend the dispositive motion deadline. Good cause having been shown, Defendant's motion is granted. The deadline to file dispositive motions is extended to July 30, 2024.

IT IS SO ORDERED.

Dated:   May 15, 2024

/s/ Jeremy Peterson
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1