UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST KENDRID,<br><br>              Plaintiff,<br><br>      v.<br><br>E. OGUNTUASE,<br><br>              Defendant. | Case No.  2:21-cv-01558-WBS-JDP (PC)<br><br><br>ORDER |

　　　　Plaintiff, a civil detainee proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On April 16, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed a proposed amended complaint within the thirty days allowed by the magistrate judge, and neither party has filed objections to the findings and recommendations.

　　　　The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The findings and recommendations filed April 16, 2024, are adopted in full; and

1

     2. Plaintiff's motion to amend, ECF No. 54, is denied.

Dated: May 21, 2024

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE