UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST KENDRID, | Case No. 2:21-cv-1558-WBS-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| E. OGUNTUASE, | |
| Defendant. | |

Plaintiff, a former state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 4, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file, including defendant's motion for summary judgment, which plaintiff did not oppose.  For the reasons set forth in the memorandum of points and authorities accompanying defendant's motion, the court finds that defendant is entitled to summary judgment.  Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's motion for summary judgment (ECF No. 62) be, and the same hereby is,

1

GRANTED;

    2. Judgment shall be entered in favor of defendant and against plaintiff; and

    3. The Clerk of Court is directed to close the case.

Dated:  December 17, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE